# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                                       CASE NO.  4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE FOR SPECIFIC DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT

The unopposed motion, ECF No. 93, to extend the deadline for the defendants ZCWC Inc., MTI Network, Inc., Micro-Electronics Technology, Inc., ASC Signal Corporation, Humax USA, Inc., Humax Co., Ltd., Kuehne & Nagel, Inc., Pace Americas, Inc., Samsung Electronics America, Pro Brand International, Calamp Corp., Samsung Telecommunications America, W-NeWeb Corporation and Technicolor USA, Inc. to respond to the second amended complaint is GRANTED.  The deadline is extended to January 17, 2014.

    SO ORDERED on January 2, 2014.

                                           s/Robert L. Hinkle
                                         United States District Judge