**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                                    CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

**ORDER SETTING A DEADLINE FOR
A FURTHER 26(f) CONFERENCE**

The deadline for a further Federal Rule of Civil Procedure 26(f) conference is set as 21 days after issuance of a written order on the pending summary-judgment motion. That order will be deemed "the Court's order" within the meaning of ECF No. 32 at 9-10, which sets out the schedule that is now in effect and will apply unless modified as a result of the further 26(f) conference. *See* ECF No. 41 at 2.

    SO ORDERED on January 10, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge