**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                                         CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

**ORDER EXTENDING THE DEADLINE TO
RESPOND TO THE SECOND AMENDED COMPLAINT**

The defendant Funai Corporation's unopposed motion, ECF No. 103, to extend the deadline to respond to the second amended complaint is GRANTED. The deadline is extended to February 14, 2014.

SO ORDERED on February 5, 2014.

                                                s/Robert L. Hinkle
                                                United States District Judge