UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

Plaintiff,

v.

CASE NO. 4:12-cv-00651-RH-CAS

DIRECTV, INC.; THE DIRECTV GROUP, INC.; ASC SIGNAL CORPORATION; CALAMP CORP.; CAL-COMP ELECTRONICS (THAILAND); FUNAI CORPORATION; HUMAX CO., LTD; HUMAX USA, INC.; KUEHNE + NAGEL, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; MICROELECTRONICS TECHNOLOGY, INC.; MTI NETWORK INC.; PACE AMERICAS, INC.; PHILIPS CONSUMER ELECTRONICS NORTH AMERICA; POLECOZ ELECTRONICS LTD.; PRO BRAND INTERNATIONAL, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; TECHNICOLOR USA INC., (formerly Thomson Inc.); UNITRON NV; WISTRON NEWEB CORP.; W-NEWEB CORPORATION; ZINWELL CORP.; and ZCWC INC.

Defendants.

## LETTER ROGATORY TO ZINWELL CORP.

The United States District Court, Northern District of Florida, Tallahassee Division, presents its compliments and greetings to the Appropriate Judicial Authority of Taiwan, and has the honor of requesting international judicial assistance of your competent Court to effect service of process to be used in a civil proceeding before this court in the above captioned matter.

## I. REQUEST

This court respectfully requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect service of process of the Summons, Second Amended Complaint and translations pertaining to a patent infringement dispute on Zinwell Corp. ("Zinwell"), which is a defendant in the above-referenced case now pending in the United States. It is this Court's understanding that defendant Zinwell is a corporation with its principal place of business at:

> Zinwell Corp.
> 7F 512 Yuanshan Road
> Zhong he District
> New Taipei City 235, Taiwan

This Court cordially solicits your assistance and requests service be made on defendant Zinwell of a copy of the enclosed Summons and Complaint by whatever means your court deems appropriate. This Court further request that upon service of the enclosed documents, in compliance with the provisions of Taiwan's Code of Civil Procedure concerning service, proof of service be thereupon returned to it.

## II. FACTS OF THE CASE

This civil action involves claims arising under the Patent Laws of the United States. Specifically, plaintiff has asserted theories of direct infringement, inducing infringement and contributory patent infringement, identified as 35 U.S.C. §271(a), (b) and (c) respectfully. The plaintiff, Global Communications, Inc., is the owner of United States Patent Nos. 6,947,702, 7,826,791, 8,095,064 and 8,165,520 and has alleged that the defendant, Zinwell, has infringed its patents by making, using, importing or offering for sale and selling the accused equipment.

## III. RECIPROCITY

The United States District Court for the Northern District of Florida appreciates the cooperation and effort of the Judicial Authority of Taiwan with regard to this matter and is willing to provide similar assistance to them.

## IV. REIMBURSEMENT FOR COSTS

The Courts of the United States are also authorized to reimburse your competent Court for costs incurred in this matter. Costs in the amount of US$2275.00 payable to the American Institute in Taiwan will accompany this letter rogatory. These costs and any reimbursement to the Judicial Authority of Taiwan are the responsibility of the attorneys for the plaintiff. Please direct any correspondence or communications concerning additional costs or reimbursement to the following:

> Pennington, P.A.
> Attn: Virginia Ponder
> 215 South Monroe Street
> 2nd Floor
> Tallahassee, FL 32301

Dated: February 11, 2014

WITNESS of the official seal of this Court

*[signature]*

Robert L. Hinkle
United States District Judge
Northern District of Florida
Tallahassee, Florida, USA