# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                                                    CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

## ORDER EXTENDING CALAMP'S DEADLINE TO
## RESPOND TO THE SECOND AMENDED COMPLAINT

The defendant CalAmp Corp.'s unopposed motion, ECF No. 127, to extend its deadline to respond to the second amended complaint is GRANTED. The deadline is extended to February 28, 2014.

SO ORDERED on February 16, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge