IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                                     CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

## ORDER EXTENDING DIRECTV'S DEADLINE
## TO RESPOND TO ASC'S CROSSCLAIM

    The defendant DirecTV's unopposed motion, ECF No. 154, to extend its deadline to respond to ASC Signal Corporation's crossclaim is GRANTED. The deadline is extended to March 24, 2014.

    SO ORDERED on March 5, 2014.

                                                s/Robert L. Hinkle
                                                United States District Judge