# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                            CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/

## ORDER GRANTING ZCWC LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

ZCWC, Inc.'s motion, ECF No. 153, for leave to file a reply memorandum in support of its motion to dismiss, ECF No. 134, is GRANTED. The reply memorandum is deemed properly filed.

SO ORDERED on March 5, 2014.

                                  s/Robert L. Hinkle
                                  United States District Judge