IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLOBAL COMMUNICATIONS, INC.,

      Plaintiff,

v.                                       CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

      Defendants.

_____/

## ORDER SUBSTITUTING ATTORNEYS

The defendant CalAmp Corp.'s motion to substitute attorneys, ECF No. 205, is GRANTED. Joel Andrew Kauth and the law firm of KPPB LLP are granted leave to withdraw as CalAmp's attorneys, effective immediately. The appearances of E. Kendrick Smith, Louis Touton, and Krista S. Schwartz of Jones Day, and James P. Judkins and Larry D. Simpson of Judkins, Simpson, High & Schulte, are noted.

      SO ORDERED on April 21, 2014.

                                           s/Robert L. Hinkle
                                           United States District Judge