IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GLOBAL COMMUNICATIONS, INC.,

    Plaintiff,

v.                              CASE NO. 4:12cv651-RH/CAS

DIRECTV, INC. et al.,

    Defendants.

_____/


## ORDER GRANTING SUMMARY JUDGMENT FOR DEFENDANTS ASC, CALAMP, AND PHILIPS

    This is a patent-infringement case. Three of the defendants—ASC Signal Corp., CalAmp Corp., and Philips Electronics North America Corp.—have moved for summary judgment, on the ground that they have not supplied any allegedly infringing products since the patents were issued. A patent is infringed only if an unauthorized action occurs "during the term of the patent." 35 U.S.C. § 271(a).

    The record supports the motion, and the plaintiff does not oppose it. This order grants the motion, expressly determines that there is no just reason for delay, and directs the clerk to enter judgment.

For these reasons,

IT IS ORDERED:

1. These defendants' unopposed summary-judgment motion, ECF No. 367, is granted.

2. The clerk must enter a judgment stating, "Based on Federal Rules of Civil Procedure 54(b), the plaintiff Global Communications, Inc.'s claims against the defendants ASC Signal Corp., CalAmp Corp., and Philips Electronics North America Corp. are dismissed with prejudice." The claims against the other defendants remain pending.

3. The deadline for filing a motion to determine entitlement to an award of attorney's fees under Local Rule 54.1(E) is extended until 14 days after the entry of a final judgment disposing of all claims among all parties.

SO ORDERED on May 29, 2015.

s/Robert L. Hinkle
United States District Judge