AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| GLOBAL COMMUNICATIONS, INC. | ) | |
| | ) | |
| v. | ) | Case No.: 4:12-cv-00651-RH-CAS |
| DIRECTV, INC. et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/02/2015__ against __Global Communications Inc__ ,
                                                                                   *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 650.18 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,731.48 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL   $ | 2,381.66 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service                    ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   __s/ Louis L. Touton__

Name of Attorney:  __Louis L. Touton__

For:  __CALAMP CORPORATION__                    Date:  __06/12/2015__
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____   By:  _____   __08/11/2015__
*Clerk of Court*                          *Deputy Clerk*                          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Attachment A

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | | | |
|---|---|---|---|---|
| **Payee** | **Deponent (Deposing Party)** | **Deposition Date** | **Invoice Total** | **Amount Attributable to CalAmp** |
| Accurate Stenotype Reporters, Inc. | Austin "Stan" Coker (Counterclaimants and Defendants) | 11/19/2014-11/21/2014 | $2,815.75 | $127.99[1] |
| Veritext New York Reporting Co. | Robert Hannah – CalAmp Corp.'s FRCP 30(b)(6) designee (Plaintiff) | 03/23/2015 | $395.25 | $395.25 |
| Accurate Stenotype Reporters, Inc. | Austin "Stan" Coker (Counterclaimants and Defendants) | 3/24/2015-3/25/2015 | $1,425.75 | $67.89[2] |
| Accurate Stenotype Reporters, Inc. | Austin "Stan" Coker (Counterclaimants and Defendants) | 3/24/2015-3/25/2015 | $1,240.00 | $59.05[2] |
| **Total** | | | | **$650.18** |

---

[1] This amount was prorated at 1/22 of the invoice total because the deposition was taken on behalf of 22 parties, one of which was CalAmp Corp. The 22 parties taking the deposition were: ASC Signal Corporation; CalAmp Corp.; Cal-Comp Electronics; DIRECTV, LLC; The DIRECTV Group, Inc.; Funai Corp., Inc.; Humax Co., Ltd.; Humax USA, Inc.; Kuehne & Nagel Inc.; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; Microelectronics Technology, Inc.; MTI Network, Inc.; Pace Americas, LLC; Philips Electronics North America Corporation; Pro Brand International, Inc.; Samsung Electronics America, Inc., Samsung Telecommunications America, LLC; Technicolor USA, Inc.; Unitron NV; Wistron NeWeb Corp.; and W-NeWeb Corp.

[2] This amount was prorated at 1/21 of the invoice total because the deposition was taken on behalf of 21 parties, one of which was CalAmp Corp. The 21 parties taking the deposition were: ASC Signal Corporation; CalAmp Corp.; DIRECTV, LLC; The DIRECTV Group, Inc.; Funai Corp., Inc.; Humax Co., Ltd.; Humax USA, Inc.; Kuehne & Nagel Inc.; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; Microelectronics Technology, Inc.; MTI Network, Inc.; Pace Americas, LLC; Philips Electronics North America Corporation; Pro Brand International, Inc.; Samsung Electronics America, Inc., Samsung Telecommunications America, LLC; Technicolor USA, Inc.; Unitron NV; Wistron NeWeb Corp.; and W-NeWeb Corp.

# Accurate Stenotype Reporters, Inc.

**2894 Remington Green Lane**
**Tallahassee, FL  32308**
**850.878.2221 direct**
**850.878.2254 fax Tax ID 59-2708168**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/18/2014 | FJ11194 |

| BILL TO |
|---------|
| Jones Day<br>Suite 800<br>1420 Peachtree Street, NE<br>Atlanta, GA 30309<br>404.581.8343 |
| Attention:   Kendrick Smith |

| JOB INFORMATION |
|-----------------|
| Global Communications v. Directv, et al.<br>Case No.:4:12-cv-00651-RH-CAS<br>Depo of Stan Coker<br>11/19-11/21/14 |
| Reported by:    L. Danielle Freeze |

| FEES AND CHARGES | QTY | RATE | AMOUNT |
|------------------|-----|------|--------|
| Appearance fee - first hour 11/19/14 9:00 - 1:00 | 1 | 70.00 | 70.00 |
| Appearance fee - additional hours | 3 | 40.00 | 120.00 |
| Original - Regular Delivery (deposition)Volume 1 | 134 | 4.25 | 569.50 |
| Appearance fee - first hour  11/20/14 8:00 - 3:00 | 1 | 70.00 | 70.00 |
| Appearance fee - additional hours | 6 | 40.00 | 240.00 |
| Original - Regular Delivery (deposition)Volumes 2 & 3 | 154 | 4.25 | 654.50 |
| Appearance fee - first hour 11/21/14 8:00 - 4:00 (one additional hour of marking all exhibits after depo) | 1 | 70.00 | 70.00 |
| Appearance fee - additional hours | 7 | 40.00 | 280.00 |
| Original - Regular Delivery (deposition)Volumes 4 & 5 | 171 | 4.25 | 726.75 |
| Shipping | | | 15.00 |

INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.  PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.

**Total**   $2,815.75

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

**RECEIVE:**
APR 21 2015
**JONES DAY**



**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Louis Touton, Esq
Jones Day
555 S. Flower St.
50th Floor
Los Angeles, CA, 90071

✓ **Invoice #:** NY2287510
✓ **Invoice Date:** 4/7/2015
✓ **Balance Due:** $395.25

| | |
|---|---|
| **Case:** | Global Communications, Inc. v. Directv, Inc. |
| **Job #:** | 2036835 | Job Date: 3/20/2015 | Delivery: Normal |
| **Billing Atty:** | Louis Touton, Esq |
| **Location:** | Jones Day |
| | 555 S Flower St | 50th Floor | Los Angeles, CA 90071 |
| **Sched Atty:** | | Richardson Patrick Westbrook & Brickman LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 42.00 | $3.50 | $147.00 |
| | Exhibits | Per Page | 69.00 | $0.40 | $27.60 |
| Robert Hannah | Rough Draft | Page | 42.00 | $2.25 | $94.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 69.00 | $0.35 | $24.15 |
| | Shipping & Handling | Package | 1.00 | $60.00 | $60.00 |

**Notes:**

| | |
|---|---|
| Invoice Total | $395.25 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | $0.00 |
| Balance Due | $395.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | NY2287510 |
|---|---|
| **Job #:** | 2036835 |
| **Invoice Date:** | 4/7/2015 |
| **Balance:** | $395.25 |

42639

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL  32308*
*TELEPHONE: 850/878-2221*
*FAX: 850/878-2254*
*FEDERAL I.D. NO.  59-2708168*

JONES DAY
3500 SUNTRUST PLAZA
303 PEACHTREE ST.
ATLANTA, GA  30308

April  6, 2015

**Invoice#** FJ03245

**Balance:**  $1,425.75

**Re:** GLOBAL V DIRECT
    2 DAYS PENNINGTON
    *on* 03/24/15

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| APPEARANCE: DEPO OF STAN COKER 03/24-03/25 03/24 (10-4), 03/25 (9-1) | 500.00 |
| TRANSCRIPT: ORIGINAL, 209 PGS TOTAL | 888.25 |
| CONDENSED,WORD INDEX: NO CHARGE | |
| E-TRAN: | |
| EXHIBITS: SCANNED AND EMAILED 45 PGS @ 0.50 | 22.50 |
| SHIPPING & DELIVERY: UPS | 15.00 |

P l e a s e   R e m i t   - - - >   Total Due:  $1,425.75

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL 32308*
*TELEPHONE: 850/878-2221*
*FAX: 850/878-2254*
*FEDERAL I.D. NO. 59-2708168*

JONES DAY
3500 SUNTRUST PLAZA
303 PEACHTREE ST.
ATLANTA, GA 30308

April 6, 2015

**Invoice#** 0J03245V

**Balance:** $1,240.00

**Re:** GLOBAL V DIRECT
2 DAYS PENNINGTON
*on* 03/24/15

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| VIDEO DEPO OF STAN COKER 03/24-03/25 | |
| VIDEO SERVICES: VIDEOGRAPHER (10-4) & (9-1) | 1,100.00 |
| 4 DVD | 140.00 |

SHIPPING & DELIVERY: SENT WITH TRANSCRIPT

**P l e a s e   R e m i t   - - - >   Total Due:  $1,240.00**

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

## Attachment B

| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | | | |
|---|---|---|---|---|
| Payee | Description of Services | Service Date | Invoice Total | Amount Attributable to CalAmp |
| DTI | Electronic processing of documents for production | 07/28/2014 | $123.85 | $123.85 |
| DTI | Electronic processing of documents for production | 07/31/2014 | $100.00 | $100.00 |
| DTI | Electronic processing of documents for production | 08/15/2014 | $127.12 | $127.12 |
| DTI | Electronic processing of documents for production | 09/05/2014 | $1,135.75 | $1,135.75 |
| DTI | Electronic processing of documents for production | 09/27/2014 | $109.48 | $109.48 |
| DTI | Electronic processing of documents for production | 12/09/2014 | $100.00 | $100.00 |
| DTI | Electronic processing of documents for production | 06/24/2014 | $121.83 | $5.30[3] |
| DTI | Electronic processing of documents for production | 12/09/2014 | $599.50 | $29.98[4] |
| Total | | | | **$1,731.48** |

[3] This amount was prorated at 1/23 of the invoice total because the copies were prepared for a joint production on behalf of 23 defendants, one of which was CalAmp Corp.  The 23 parties were: ASC Signal Corporation; CalAmp Corp.; Cal-Comp Electronics; Funai Corp., Inc.; Humax Co., Ltd.; Humax USA, Inc.; Kuehne & Nagel Inc.; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; Microelectronics Technology, Inc.; MTI Network, Inc.; Pace Americas, LLC; Philips Electronics North America Corporation; Polecoz Electronics Ltd.; Pro Brand International, Inc.; Samsung Electronics America, Inc., Samsung Telecommunications America, LLC; Technicolor USA, Inc.; Unitron NV; Wistron NeWeb Corp.; W-NeWeb Corp.; Zinwell Corp.; and ZCWC Inc.

[4] This amount was prorated at 1/20 of the invoice total because the copies were prepared for a joint production on behalf of 20 defendants, one of which was CalAmp Corp.  The 20 parties were: ASC Signal Corporation; CalAmp Corp.; Cal-Comp Electronics; Funai Corp., Inc.; Humax Co., Ltd.; Humax USA, Inc.; Kuehne & Nagel Inc.; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; Microelectronics Technology, Inc.; MTI Network, Inc.; Pace Americas, LLC; Philips Electronics North America Corporation; Pro Brand International, Inc.; Samsung Electronics America, Inc., Samsung Telecommunications America, LLC; Technicolor USA, Inc.; Unitron NV; Wistron NeWeb Corp.; and W-NeWeb Corp.



**DTI**
350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

RECEIVED

AUG 1 4 2014

JONES DAY

# INVOICE

Invoice Number: 819110

Invoice Date: 07/30/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| Customer ID | 27379 |
| Terms | Net 30 Days |
| Sales Rep | LA AXA |
| Sales Rep 2 | |
| P.O. Number | |

| Job No. | 1031612 |
| ESI Project No. | |
| Client / Matter No. | 554109-660035 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 633 | Scanning D work | 0.11 | 69.63 |
| 633 | OCR | 0.03 | 18.99 |
| 1 | CD Master | 25.00 | 25.00 |

Date of Project: July 28, 2014
CALGL3_01
Note: DirecTV re Global III

CalAmp document production

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 113.62 |
| Total Sales Tax: | 10.23 |
| Total: | 123.85 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

**RECEIVED**

AUG 1 4 2014

**JONES DAY**

# INVOICE

Invoice Number: 819814

Invoice Date: 07/31/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| | | |
|---|---|---|
| Customer ID | 27379 | |
| Terms | Net 30 Days | |
| Sales Rep | LA AXA | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.          1031669
ESI Project No.
Client / Matter No.   554109-660035

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Technical Time (hr) | 100.00 | 100.00 |

Date of Project: July 31, 2014
DirecTV re Global III
CALGL301

Revised CalAmp production

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 100.00 |
| Total Sales Tax: | 0.00 |
| Total: | 100.00 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number:  824827

Invoice Date:  08/29/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

**RECEIVED**

SEP 11 2014

JONES DAY

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| | | | |
|---|---|---|---|
| Customer ID | 27379 | Job No. | 1031859 |
| Terms | Net 30 Days | ESI Project No. | |
| Sales Rep | LA AXA | Client / Matter No. | DirecTV re Global III 554109-66035 |
| Sales Rep 2 | | | |
| P.O. Number | | | |

VIMAG

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 622 | EBS | 0.01 | 6.22 |
| 622 | OCR | 0.03 | 18.66 |
| 1 | Technical Time (hr) | 100.00 | 100.00 |

Date of Project: August 15, 2014
Re: CALGL3_02
Removed ranges from this volume

CalAmp supplemental production

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| | Subtotal: | 124.88 |
| | Total Sales Tax: | 2.24 |
| | Total: | 127.12 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435

RECEIVED

SEP 19 2014

JONES DAY



# DTI

350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  830340

Invoice Date:  09/30/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| | |
|---|---|
| Customer ID | 27379 |
| Terms | Net 30 Days |
| Sales Rep | LA AXA |
| Sales Rep 2 | |
| P.O. Number | |

Job No.  1032186
ESI Project No.
Client / Matter No.  ~~DirecTV re Global 554109-660035~~

CalAmp *(handwritten)*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Full Processing (GB) | 550.00 | 550.00 |
| 4 | Technical Time (hr) | 100.00 | 400.00 |
| 1 | Flash Drive Media | 125.00 | 125.00 |

Date of Project: September 5, 2014
Re: CAL_CNTRL02

*Processing of CalAmp BT files for Roneur Central lot (handwritten)*

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,075.00 |
| Total Sales Tax: | 60.75 |
| Total: | 1,135.75 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 830332

Invoice Date: 09/30/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**RECEIVED**

OCT 1 4 2014

JONES DAY

| Customer ID | 27379 | | | |
|---|---|---|---|---|
| Terms | Net 30 Days | | | |
| Sales Rep | LA AXA | | | |
| Sales Rep 2 | | | | |
| P.O. Number | | | | |

Job No.          1032069
ESI Project No.
Client / Matter No.   DirecTV re Global III 554109-660035

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 58 | Scanning D work - Heavy Lit | 0.11 | 6.38 |
| 58 | EBS | 0.01 | 0.58 |
| 58 | OCR | 0.03 | 1.74 |
| 1 | Technical Time (hr) | 100.00 | 100.00 |

Date of Project: September 27, 2014
Re: CALGL3_03

*Scanning of hardcopy files & production processing for CalAmp documents*

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 108.70 |
| Total Sales Tax: | 0.78 |
| Total: | 109.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 846004

Invoice Date: 12/18/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| | | |
|---|---|---|
| Customer ID | 27379 | |
| Terms | Net 30 Days | |
| Sales Rep | LA AXA | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.            1033791
ESI Project No.
Client / Matter No.   DirecTV re Global III 954109-660035
                      Cal Amp 576717-600001

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Technical Time (hr) | 100.00 | 100.00 |

Date of Project: Dec. 9, 2014
Re: CALGL3_04
Cal Amp production, Vol. 4

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 100.00 |
| Total Sales Tax: | 0.00 |
| Total: | 100.00 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
350 S. Figueroa Street
Suite 750
Los Angeles, CA 90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

**RECEIVED**

**JUL 1 4 2014**

**JONES DAY**

**INVOICE**

Invoice Number: 814306

Invoice Date: 06/30/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

| | | |
|---|---|---|
| Customer ID | 27379 | |
| Terms | Net 30 Days | |
| SalesPerson | LA AXA | |
| P.O. Number | | |

Job No.               1031050
ESI Project No.
Client / Matter No.   554109-660035 DirecTV re Global III

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2,003 | EBS | 0.01 | 20.03 |
| 1 | Technical Time (hr) | 100.00 | 100.00 |

Date of Project: June 24, 2014
DPAGL3_01

*Defendants' Invalidity Prior Art production*

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 120.03 |
| Total Sales Tax: | 1.80 |
| Total: | 121.83 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

350 S. Figueroa Street
Suite 750
Los Angeles, CA  90071
Phone : 213-892-9000
Fax : 213-892-9010
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  846002

Invoice Date:  12/18/14

Bill To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA  90071
Letitia Lucca

Ship To:
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA  90071

**RECEIVED**

JAN 2 6 2015

**JONES DAY**

| | | | | |
|---|---|---|---|---|
| Customer ID | 27379 | | Job No. | 1033792 |
| Terms | Net 30 Days | | ESI Project No. | |
| Sales Rep | LA AXA | | Client / Matter No. | DirecTV re Global III ~~░░░░░░░~~ |
| Sales Rep 2 | | | | |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Full Processing (GB) | 550.00 | 550.00 |

Date of Project: Dec. 9, 2014
Re: JDGL3_01

*Joint Defendants' production of file histories Vol. 1*

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 550.00 |
| Total Sales Tax: | 49.50 |
| Total: | 599.50 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435

**ATTACHMENT C**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| GLOBAL COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:12-cv-00651-RH-CAS |
| | ) | |
| DIRECTV, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CALAMP CORP.'S NOTICE OF APPLICATION FOR
TAXATION OF COSTS AGAINST GLOBAL COMMUNICATIONS, INC.**

Defendant CalAmp Corp. ("CalAmp"), by and through its counsel, hereby gives

notice to Global Communications, Inc. ("Global") that CalAmp is concurrently

submitting an application to the Clerk of the Court for the taxation of costs against Global

pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and N.D. Fla. Loc. R.

54.2.  On June 2, 2015, Deputy Clerk Angela Maxwell entered a judgment dismissing

Global's claims against CalAmp with prejudice.  As set forth in the Bill of Costs and

itemization and invoices attached thereto, CalAmp incurred at least $2,381.66 of costs in

the course of its defense of this action.  As the prevailing party, CalAmp respectfully

requests that all costs set forth in the Bill of Costs be taxed on August 11, 2015, against

the Plaintiff Global Communications, Inc.

Dated: June 12, 2015                          Respectfully submitted,

                                              /s/ Louis Touton

Krista S. Schwartz (Ill. Bar # 6238053)       Louis Touton (CA Bar #102380)
ksschwartz@jonesday.com                       lltouton@jonesday.com
JONES DAY                                     JONES DAY
555 California Street, 26th Floor              555 South Flower Street, Fiftieth Floor
San Francisco, CA 94104                       Los Angeles, CA 90071
(415) 875-5826; Fax (415) 875-5700            (213) 243-3939; Fax (213) 243-2539

James P. Judkins (Fla. Bar #174168)           E. Kendrick Smith (GA Bar #656725)
jjudkins@readyfortrial.com                    eksmith@jonesday.com
Larry D. Simpson (Fla. Bar #176070)           JONES DAY
lsimpson@readyfortrial.com                    Suite 800
JUDKINS, SIMPSON & SCHULTE                    1420 Peachtree Street, N.E.
Post Office Box 10368                          Atlanta, Georgia 30309
1102 North Gadsden Street                      (404) 581-8343; Fax (404) 581-8330
Tallahassee, Florida 32302-2368
(850) 222-6040; Fax (850) 561-1471

**Attorneys for Defendant CalAmp Corp.**